# WARRANT ON WRITTEN AFFIDAVIT FOR CELL PHONE LOCATION DATA

| United States District Court | DISTRICT<br>Middle District of North Carolina | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v. | DOCKET NO. | MAGISTRATE'S CASE NO.<br>1:18mJ178 |
| PREMISES KNOWN AND DESCRIBED AS SPRINT SPECTRUM TELEPHONE ASSIGNED TELEPHONE NUMBER<br>**(434) 710-9172** | TO:<br>ANY AUTHORIZED FEDERAL AGENT | |

FILED JUN 27 2018 Clerk U.S. District Court Greensboro, NC

Affidavit having been made before me by the below-named affiant to obtain precise location information concerning the following cell phones (the "Premises"):

A SPRINT SPECTRUM TELEPHONE ASSIGNED TELEPHONE NUMBER **(434) 710-9172**

and as I am satisfied that there is probable cause for the acquisition of precise location information concerning the Premises, that there is reason to believe that the Premises described above has been involved in and likely will continue to be involved in the criminal activity identified in the application and is located in this district or will be at the time of execution, that the affidavit establishes probable cause to believe that acquisition of precise location information concerning the Premises will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant, and that there is reasonable cause to believe that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C. § 2510).

YOU ARE HEREBY COMMANDED to acquire precise location data concerning the Premises named above for a period of thirty (30) days starting within ten (10) calendar days of the date of this order, during any time of day; to return this warrant to the U.S. Magistrate Judge designated in this warrant within ten (10) calendar days after the monitoring period authorized by the warrant has ended; and pursuant to 18 U.S.C. § 3103a(b) (authorizing delayed notification), to serve notice within 30 days after the monitoring period authorized by the warrant has ended.

| NAME OF AFFIANT<br><br>Daniel P. Chelemer<br>Special Agent, FBI | SIGNATURE OF JUDGE OR U.S. MAGISTRATE | DATE/TIME ISSUED<br><br>6/15/2018<br>11:46 am |

| RETURN OF WARRANT | Case Number: 1:18mj178 |
|---|---|

DATE AND TIME ACQUISITION OF LOCATION DATA FIRST INITIATED AND PERIOD DURING WHICH IT WAS ACQUIRED:

Data for June 15, 2018 at 14:30 until 18:00 acquired for Subject number. No data after June 15, 2018.

## CERTIFICATION

I declare under penalty of perjury that this information contained on this return is true and accurate.

6/25/2018
Date

Executing officer's signature

SA Daniel Ahlemann
~~Task Force Officer~~
~~Homeland Security Investigations~~
Special Agent
FBI